# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| JASON MORGAN, JAMIE HOLLOMAN, | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | |
| vs. | |
| SAMSUNG ELECTRONICS AMERICA, Inc., | CASE NO: 17-1175-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order of Dismissal with Prejudice entered on March 16, 2018, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 3/16/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk